UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:07-00007 |
| | ) CHIEF JUDGE HAYNES |
| BRANDON WAIRE | ) |

## AGREED ORDER

Pending before this Court is a Superseding Petition for Warrant for Offender Under Supervision (D.E. 61). This action came before the Court on June 6, 2014, for a hearing regarding a violation of the Defendant's conditions of supervised release. At the hearing the defendant conceded the violation contained in the Petition. The Defendant's term of supervision is hereby **Revoked.** Upon the recommendation of the parties, Defendant is **Ordered** to serve a term of imprisonment of 24 months to be served concurrently with the fifteen-year sentence he is presently serving in the State of Tennessee from the Criminal Circuit Court for Maury County, Tennessee, Case No. 22134. It is further **Ordered** that there shall be no term of supervised release to follow the service of the term of imprisonment.

It is so **ORDERED.**

**Entered** this the 6 day of June, 2014.

WILLIAM J. HAYNES, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT